Certificate Number: 15725-TXN-CC-032988889



15725-TXN-CC-032988889

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 18, 2019, at 8:20 o'clock PM EDT, Darren Matloff received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 18, 2019              By:   /s/Jaraymis Rodriguez

                                 Name: Jaraymis Rodriguez

                                 Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).