B104 (FORM 104) (08/07)

|  |  |
|---|---|
| **ADVERSARY PROCEEDING COVER SHEET** | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |

| **PLAINTIFFS** <br> Darren Scott Matloff | **DEFENDANTS** <br> Triumphant Gold Limited |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Sarah M. Cox; <br> Law Office of Sarah M. Cox, PLLC <br> 12770 Coit Rd, Ste 1100; <br> Dallas TX 75251 <br> Phone: (214) 310-1321 | **ATTORNEYS** (If Known) <br> Katharine Battaia Clark <br> HEDRICK KRING, PLLC <br> 1700 Pacific Avenue, Suite 4650 <br> Dallas, Texas 75201 <br> Tel Phone: (214) 880-9600 |
| **PARTY** (Check One Box Only) <br> ☒ Debtor ☐ U.S. Trustee/BankruptcyAdmin <br> ☐ Creditor ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor ☐ Other <br> ☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Automatic Stay Violation-11 U.S.C. §§362(a), 362(k) & § 105;

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| | |
|---|---|
| **FRBP 7001(1) - Recovery of Money/Property** <br> ☐ 11-Recovery of money/property - §542 turnover of property <br> ☐ 12-Recovery of money/property - §547 preference <br> ☐ 13-Recovery of money/property - §548 fraudulent transfer <br> [1] 14-Recovery of money/property - other | **FRBP 7001(6) - Dischargeability (continued)** <br> ☐ 61-Dischargeability - §523(a)(5), domestic support <br> ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury <br> ☐ 63-Dischargeability - §523(a)(8), student loan <br> ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support) <br> ☐ 65-Dischargeability - other |
| **FRBP 7001(2) - Validity, Priority or Extent of Lien** <br> ☐ 21-Validity, priority or extent of lien or other interest in property | **FRBP 7001(7) - Injunctive Relief** <br> ☐ 71-Injunctive relief - reinstatement of stay <br> ☐ 72-Injunctive relief - other |
| **FRBP 7001(3) - Approval of Sale of Property** <br> ☐ 31-Approval of sale of property of estate and of a co-owner – §363(h) | |
| **FRBP 7001(4) - Objection/Revocation of Discharge** <br> ☐ 41-Objection / revocation of discharge - §727(c),(d),(e) | **FRBP 7001(8) Subordination of Claim or Interest** <br> ☐ 81-Subordination of claim or interest |
| **FRBP 7001(5) - Revocation of Confirmation** <br> ☐ 51-Revocation of confirmation | **FRBP 7001(9) Declaratory Judgment** <br> [2] 91-Declaratory judgment |
| **FRBP 7001(6) - Dischargeability** <br> ☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims <br> ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud <br> ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny | **FRBP 7001(10) Determination of Removed Action** <br> ☐ 01-Determination of removed claim or cause <br><br> **Other** <br> ☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq. <br> ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
| (continued next column) | |

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $20,000 (Estimated. Requesting sanctions to be determined by the Court) |

Other Relief Sought

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>Darren Scott Matloff ||| BANKRUPTCY CASE NO.<br>19-32039 |
| DISTRICT IN WHICH CASE IS PENDING<br>Northern District of Texas || DIVISIONAL OFFICE<br>Dallas | NAME OF JUDGE<br>Jernigan |
| RELATED ADVERSARY PROCEEDINGS (IF ANY) ||||
| PLAINTIFF | DEFENDANT || ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) ||||
| DATE<br>9/11/19 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Sarah M. Cox |||